[No. 4185–9–III.  Division Three.  December 2, 1982.]

CHRISTIE OSIBOV, *Individually and as Executrix, Respondent,* v. THE AERONAUTICS COMMISSION, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 239168, William J. Grant, J., entered September 3, 1980. *Remanded* by unpublished opinion per Roe, A.C.J., concurred in by Munson and Reed, JJ.

[No. 4568–4–III.  Division Three.  December 2, 1982.]

ANTHONY FERNANDEZ, *Appellant,* v. JAMES SPALDING, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 71668, James B. Mitchell, J., entered January 12, 1981. *Denied* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.

[No. 4656–7–III.  Division Three.  December 2, 1982.]

RONALD A. HEIMGARTNER, *Appellant,* v. KENNETH L. CROWELL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Asotin County, No. 15462, Patrick McCabe, J., entered June 16, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, A.C.J., and Munson, J.